UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISA RIEUE,

                Plaintiff,

-v-

NEW YORK STATE HIGHER EDUCATION
SERVICE CORP., *et al.*,

                Defendants.

No. 08 Civ. 6478 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's letter dated July 24, 2008. It is hereby ORDERED that:

> Plaintiff's request for an extension of time to serve defendants is GRANTED. Plaintiff shall serve a copy of the proposed order to show cause and the materials offered in support, in addition to a copy of this letter, on defendants no later than August 8, 2008.
>
> Plaintiff's request for an extension of the telephone conference with the Court is DENIED. The parties shall participate in a telephone conference with the Court as scheduled, on August 14, 2008, at 10 AM. At that time, counsel for defendants shall call the Court at (212) 805-0264, with all parties on the line.

SO ORDERED.

Dated:    July 28, 2008
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE