USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISA RIEUE,

           Plaintiff,

-v-

NEW YORK STATE HIGHER EDUCATION
SERVICE CRP, *et al.*,

           Defendants.

No. 08 Civ. 6478 (RJS)
ORDER DESIGNATING CASE TO
NON-ECF STATUS

RICHARD J. SULLIVAN, District Judge:

      Due to the fact that plaintiff is proceeding *pro se*, it is hereby ordered that this action be exempt from electronic case filing and that all future filings be made in the traditional manner according to the rules of this Court. In other words, counsel shall submit documents to this Court's Cashier's Office and plaintiff shall submit documents to this Court's *Pro Se* Office. All parties are advised that service of all future documents should be made in the traditional manner according to the rules of this Court, that is, by mail or personal service.

SO ORDERED.

Dated:     July 31, 2008
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE