

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISA RIEUE,

            Plaintiff,

-v-

NEW YORK STATE HIGHER EDUCATION
SERVICE CRP, *et al.*,

            Defendants.

No. 08 Civ. 6478 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant Diversified Collection Services, Inc.'s ("Diversified") letter, dated August 7, 2008, requesting an extension of time to file a responsive pleading. The request is hereby GRANTED on behalf of all defendants. The deadline for responsive pleadings in this matter is extended until September 1, 2008.

    Separately, Diversified wishes to know whether Diversified is obliged to appear at the Court's scheduled conference of August 14, 2008. The Court hereby ORDERS ALL Defendants and/or their counsel, whether or not they are parties to the garnishment, to appear by phone at the conference on August 14, 2008. At that time, counsel for defendants shall call the Court at (212) 805-0264 with all parties, including the Plaintiff, on the line. The parties should be prepared to explain whether they have been properly served with the Amended Complaint, dated July 31, 2008, and the (Proposed) Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, dated August 5, 2008.

    Finally, Plaintiff is hereby ORDERED to distribute copies of this order to all parties.

SO ORDERED.

Dated:      August 8, 2008
               New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE

Copies of this Order will be faxed to:
Marisa Rieue
Fax Number: (917) 538-2569

Cynthia Fulton
Fulton, Friedman, and Gullace LLP
Fax Number: (602) 674-3770