UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09
```

MARISA RIEUE,

                Plaintiff,

-v-

NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION, *et al.*,

                Defendants.

No. 08 Civ. 6478 (RJS)
ORDER

<u>RICHARD J. SULLIVAN</u>, District Judge:

On May 28, 2009, the Court issued an Order in the above-captioned case directing the parties to "submit a joint status letter to the Court within two weeks of the exhaustion of Plaintiff's appellate remedies, but not later than September 4, 2009." Doc. No. 36. When that deadline passed without a joint status letter being submitted, the Court made an informal inquiry about the letter's whereabouts. Defendants' counsel acknowledged that the parties had forgotten about the deadline, but represented to the Court that the letter would be submitted shortly. Three weeks later, no letter has been received.

Accordingly, IT IS HEREBY ORDERED THAT the parties shall submit the previously ordered joint status letter no later than October 6, 2009. The parties are further advised that a failure to comply with this Order may result in sanctions and/or dismissal of the case pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     September 29, 2009
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

<u>Copies of this Order have been mailed to</u>:

Marisa Rieue
1623 Third Avenue
Apartment 1002
New York, New York 10128

Clement John Colucci, III
New York State Department of Law
120 Broadway, 24th Floor
New York, New York 10271

Brian Keith Gallagher
Gallagher, Harnett, & Lagalante, L.L.P.
380 Lexington Avenue
Suite 2120
New York, New York 10168

Jason Peter Verhagen
Fulton, Friedman & Gullace, LLP
500 First Federal Plaza
Rochester, New York 14614